**Order filed February 16, 2012.**



**In The**

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘
_____

**NO. 14-10-00510-CV**
_____

**JAMES BAXTER, PROTECH EVALUATION SERVICES, INC., INDIVIDUALLY AND D/B/A BAXTER INJURY CENTER, CHAMPION MEDICAL, WORK STEADY, INC. F/K/A HOUSTON PHYSICAL PERFORMANCE CENTERS, INC., STERLING IMAGING, INC. F/K/A LEGENDS IMAGING, INC., AND U.S. MEDICAL CLINICS, INC., INDIVIDUALLY AND D/B/A TOTAL ACCIDENT CENTER, Appellants**

**V.**

**ADVANTAGE CLAIMS RECOVERY GROUP, INC., PAMELA ANN BUSH DAVIS, AND RICHARD DAVIS, Appellees**

---

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2005-37518**

---

## ORDER

The clerk's record reflects James C. Baxter, D.C., filed a pro se notice of appeal on behalf of himself and "Protech Evaluation Services, et al." The final judgment, signed June 2, 2010, recites:

Each of the four corporate plaintiffs, Protech Evaluation Services, Inc., Individually and d/b/a Baxter Injury Center, Champion Medical ("Protech"), Work Steady, Inc. f/k/a Houston Physical Performance Centers, Inc. ("Work Steady"), Sterling Imaging, Inc. f/k/a Legends Imaging, Inc. ("Sterling"), and U.S. Medical Clinics, Inc., Individually and d/b/a Total Accident Center ("U.S.. Medical") . . . did not appear by counsel as required by law and announce ready for trial and are therefore in default.

No counsel has appeared in this court on behalf of the four corporate plaintiffs. James C. Baxter is not an attorney and cannot represent the corporate plaintiffs in his pro se capacity. *See Dell Dev. Corp. v. Best Indus. Uniform Supply Co., Inc.*, 743 S.W.2d 302 (Tex. App. -- Houston [14th Dist.] 1987, writ denied) (Texas Rule of Civil Procedure 7 allowing any party to a suit to appear "in person" applies to individuals, not corporations).

On January 10, 2012, the parties were notified that the Court would consider dismissal of the appeals of the four corporate plaintiffs for want of prosecution unless a response was filed showing meritorious grounds to continue their appeals. No response was filed.

Accordingly, we order the appeals of Protech Evaluation Services, Inc., Individually and d/b/a Baxter Injury Center, Champion Medical ("Protech"), Work Steady, Inc. f/k/a Houston Physical Performance Centers, Inc. ("Work Steady"), Sterling Imaging, Inc. f/k/a Legends Imaging, Inc. ("Sterling"), and U.S. Medical Clinics, Inc., Individually and d/b/a Total Accident Center ("U.S.. Medical") dismissed for want of prosecution.


PER CURIAM


Panel consists of Justices Frost, Brown, and Christopher.